UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

vs.
                                            Case No. 96-CR-90058-01
                                            HON. GEORGE CARAM STEEH

PERRY DANIEL HOLLIE,

    Defendant.
_____/

ORDER GRANTING DEFENDANT'S MOTION TO WAIVE PAYMENT OF ACCRUED
INTEREST UPON COMPLETED PAYMENT OF RESTITUTION (DOC. # 113)

This matter is before the court on defendant Perry Daniel Hollie's motion to waive payment of accrued interest upon his completion of restitution payments. Oral argument would not significantly aid the decisional process. Pursuant to E.D. Mich. Local R. 7.1(f)(2), it is ORDERED that the motion be resolved without oral argument.

The court has the authority to waive the requirement for interest pursuant to 18 U.S.C. § 3612(f)(3) if it determines the defendant does not have the ability to pay interest. Defendant is serving a life sentence, and has informed the court that the $300 special assessment and $14,200 restitution ordered by the court at sentencing will be paid off by the end of June 2010. The government has informed the court that it does not object to defendant's request for a waiver in this case. Now, therefore,

IT IS HEREBY ORDERED that defendant's motion to waive payment of accrued interest upon completed payment of restitution is GRANTED.

SO ORDERED.

Dated: July 15, 2010

                                          s/George Caram Steeh
                                          GEORGE CARAM STEEH
                                          UNITED STATES DISTRICT JUDGE

---

CERTIFICATE OF SERVICE

Copies of this Order were served upon attorneys of record on
July 15, 2010, by electronic and/or ordinary mail.

s/Josephine Chaffee
Deputy Clerk